# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TAVIA WAGNER,

      Plaintiff,

v.                                        Case No:   6:23-cv-1216-WWB-LHP

DMV INVESTMENT ORLANDO,
LLC and KOCAS FAMILY
ENTERPRISE, LLC,

      Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANTS' PRO SE MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND DEFENDANTS' MOTION TO CANCEL INSPECTION UNILATERALLY SCHEDULED FOR JULY 20, 2023   (Doc. No. 10)
>
> **FILED:**   July 18, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **STRICKEN**.

In this ADA case, the two LLC Defendants, "*pro se*," have filed a motion seeking an extension of time to respond to Plaintiff's complaint and to cancel an

inspection of the subject premises scheduled by Plaintiff for July 20, 2023. Doc. No. 10. On review, the motion (Doc. No. 10) is **ORDERED stricken**. First, the motion fails to comply with the Local Rules, including Local Rules 3.01(a) and 3.01(g). Second, the LLC Defendants may not appear *pro se* in this lawsuit. *See* Local Rule 2.02(b)(2). *See also Energy Lighting Mgmt., LLC v. Kinder*, 363 F. Supp. 2d 1331, 1332 (M.D. Fla. 2005) ("[L]imited liability companies, like corporations, may appear and be heard only through counsel." (citation and quotation marks omitted)).

**DONE** and **ORDERED** in Orlando, Florida on July 19, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties